UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH D. HAVEN, CAMERON
DREVER, MATTHEW LENNON,
TIMOTHY C. HURLEY,

        Plaintiffs,

-vs-                                    Case No. 6:11-cv-2028-Orl-28TBS

HOT RAYZ COMMUNICATIONS, LLC,
JAMES E. HOLLIS,

        Defendants.

## ORDER

This case involves claims of four Plaintiffs seeking overtime pay and other relief under the Fair Labor Standards Act ("FLSA") and state law. Defendants filed a Motion for Summary Judgment as to All of Plaintiff Kenneth Haven's Claims (Doc. 42), arguing in part that Haven lacks standing to pursue his claims because the claims are property of his bankruptcy estate. The United States Magistrate Judge has submitted a Report and Recommendation (Doc. 49) recommending that the motion be granted due to lack of standing. No objections to the Report and Recommendation have been filed.

Two days after the Report and Recommendation was filed, the parties filed a Notice of Settlement (Doc. 50) indicating that they had reached a settlement prior to the filing of the Report and Recommendation. (Doc. 50). The parties have recently filed a Joint Motion for Approval of the Settlement (Doc. 51), which remains pending.

Upon review of the Report and noting that no objections to it have been timely filed, the Court agrees with the findings and conclusions in the Report and with the recommendation that Plaintiff Haven's claims be dismissed for lack of standing. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 25, 2013 (Doc. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion for Summary Judgment as to All of Plaintiff Kenneth Haven's Claims (Doc. 42) is **GRANTED**. The claims of Plaintiff Kenneth Haven are **DISMISSED** due to Haven's lack of standing to bring them.[1]

3. The Joint Motion for Approval of Settlement will be referred for consideration by the magistrate judge as to the claims of the remaining Plaintiffs only.

**DONE** and **ORDERED** in Orlando, Florida this 17th day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record

---

[1] The Court notes that the Report and Recommendation (Doc. 49) was sent to the bankruptcy trustee, and the bankruptcy trustee has not filed a motion to be joined or substituted into this case.

-2-